UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-00865-CJC(MLGx) | Date | September 12, 2008 |
|---|---|---|---|

| Title | HSBC Bank USA, et al v. Jose Guadalupe Santos, et al |
|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS)   ORDER DISMISSING ACTION FOR LACK OF JURISDICTION

  Plaintiffs filed this action on August 4, 2008. On August 7, 2008, this Court issued a Minute Order which ordered parties to show cause why this action should not be dismissed for lack of jurisdiction. There being no response or opposition filed by the parties, the Court ORDERS that this action is dismissed without prejudice for lack of jurisdiction and for failure to comply with the Orders of the Court.

: 0

Initials of Preparer   MU